# REGISTER OF ACTIONS
### CASE NO. C-5569-14-F

| | | |
|---|---|---|
| ZAIDA VILLARREAL VS. JUDI FLOWERS, WELLS FARGO BANK, N.A. | § § § § § | Case Type: Contract - Consumer/Commerical/Debt (OCA)<br>Date Filed: 06/04/2014<br>Location: 332nd District Court |

## PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | FLOWERS, JUDI | | |
| Defendant | WELLS FARGO BANK, N.A. | | |
| Plaintiff | VILLARREAL, ZAIDA | | ARTURO R. CANTU<br>*Retained*<br>956-668-1346(W) |

## EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 06/04/2014 | **Original Petition (OCA)**<br>*Plaintiff's Original Petition* | | |
| 06/13/2014 | **Citation By Certified Mail**<br>*SENT VIA C/M*<br>FLOWERS, JUDI<br>WELLS FARGO BANK, N.A. | Served<br>Served | 06/17/2014<br>06/17/2014 |
| 06/13/2014 | **Service Issued**<br>*SENT VIA C/M* | | |

## FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** VILLARREAL, ZAIDA<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 06/26/2014** | | | 390.00<br>390.00<br>**0.00** |
| 06/04/2014 | Transaction Assessment | | | 380.00 |
| 06/04/2014 | EFile Payments from TexFile | Receipt # DC-2014-52813 | VILLARREAL, ZAIDA | (380.00) |
| 06/05/2014 | Transaction Assessment | | | 10.00 |
| 06/05/2014 | Payment | Receipt # DC-2014-53572 | STROUD, MARILYN | (10.00) |

Exhibit B